IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MALAIKA WILLIAMS | : | CIVIL ACTION |
|---|---|---|
|  | : |  |
| v. | : | NO.   23-1183 |
|  | : |  |
| EXPERIAN INFORMATION SOLUTIONS, INC. | : : |  |

# ORDER

AND NOW, this 6th day of November 2023, upon considering defendant's motion to dismiss (DI 13), plaintiff's opposition (DI 15), defendant's reply (DI 16), plaintiff's sur-reply (DI 17), and for reasons in the accompanying Memorandum, it is **ORDERED** defendant's motion to dismiss (DI 13) is **GRANTED**.

MURPHY, J.